**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7103**

BRUCE W. KOENIG,

            Plaintiff - Appellant,

      and

LARRY E. HORTON,

            Plaintiff,

      v.

BOBBY SHEARIN; M. YACENECH; CO II GUTILLO,

            Defendants – Appellees,

      and

STATE OF MARYLAND; MARYLAND DIVISION OF CORRECTION,

            Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge. (1:13-cv-03911-JFM)

Submitted:  November 17, 2015      Decided:  November 20, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Wayne Koenig, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce W. Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koenig v. Shearin, No. 1:13-cv-03911-JFM (D. Md. filed June 23, 2015 & entered June 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED